UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAUL SCHWARTZ,

        Plaintiff,

– against –

EQUIFAX INFORMATION SERVICES, LLC,
AMERICAN EXPRESS CO., CITIBANK,
N.A., CHRYSLER CAPITAL, and TBF
FINANCIAL, LLC,

        Defendants.

**ORDER**

19 Civ. 9587 (ER)

Ramos, D.J.:

On January 13, 2020, the parties advised the Court that a settlement had been reached between Plaintiff and Defendant, Equifax Information Services, LLC. Doc. 18. The remaining parties are directed to provide the Court with a joint status letter by Wednesday, February 5, 2020 at 5:00 PM.

SO ORDERED.

Dated:   January 29, 2020
           New York, New York

                                                    Edgardo Ramos, U.S.D.J.