UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAUL SCHWARTZ,

                Plaintiff,

– *against* –

EQUIFAX INFORMATION SERVICES, LLC, AMERICAN EXPRESS CO., AND TBF FINANCIAL LLC

                Defendant.

**ORDER**

19 Civ. 9587 (ER)

On February 10, 2020 the parties wrote to request that the instant action be stayed pending completion of arbitration. Doc. 23. The Court entered an order to this effect. Doc. 24. The parties are hereby directed to notify the Court within two weeks of the completion of arbitration so that the stay may be lifted.

It is SO ORDERED.

Dated:    February 10, 2020
           New York, New York

                                                          EDGARDO RAMOS, U.S.D.J.